UNITED STATE BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                                      Case No.: 19-40119
                                                            Chapter: 7

**Martha De La Caridad Molina,**

**Debtor.**
_____

**Mary W. Colon, Trustee**

    **Plaintiff,**

**vs.**                                                     Case No.: 19-04034

**Martha De La Caridad Molina**

    **Defendant(s).**

### Debtor's First Set of Interrogatories

Pursuant to Rule 33, Fed. R. Civ. Pro., Debtor requests for Plaintiff to answer the following interrogatories:

1. What laws or procedures require a debtor to disclose payment for a medical produce for a dependent from exempt funds?

2. What false oath or account is alleged to have been made by debtor?

3. Where on the schedules should the Debtor have disclosed that she paid for her son's eye surgery?

Respectfully submitted by:   /s/ Leighanne Boone
Leighanne Boone, Esq.
FL Bar No: 107308
**The Boone Law Firm, PA**
207 West Park Ave, Suite A
Tallahassee, FL 32301
(850) 895-1437
LBoone@TheBooneLawFirm.com

### Certificate Of Service

I certify that on the day of filing a true and correct copy of the foregoing has been furnished electronically via the CM/ECF Portal upon:

Trustee, Mary W Colon at trustee@marycolon.com ,
United States Trustee at USTPRegion21.TL.ECF@usdoj.gov

/s/ Leighanne Boone
Leighanne Boone, Esq.