**UNITED STATE BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**In re:**  Case No.: 19-40119
  Chapter: 7

**Martha De La Caridad Molina,**

**Debtor.**
_____

**Mary W. Colon, Trustee**

   **Plaintiff,**
**vs.**  Case No.: 19-04034

**Martha De La Caridad Molina**

   **Defendant(s).**
_____

### Debtor's First Request for Production of Documents

Pursuant to Rule 34, Fed. R. Civ. Pro., Debtor requests for Plaintiff to produce the following documents:

1) All documents supporting that the debtor "knowingly and fraudulently" made a "false oath or account".

2) All documents supporting that "the monies paid on the eve of debtor filing bankruptcy [were made] in an attempt to hinder, delay or defraud creditors."

  Respectfully submitted by:  /s/ Leighanne Boone
  Leighanne Boone, Esq.
  FL Bar No: 107308
  **The Boone Law Firm, PA**
  207 West Park Ave, Suite A
  Tallahassee, FL 32301
  (850) 895-1437
  LBoone@TheBooneLawFirm.com

### Certificate Of Service

I certify that on the day of filing a true and correct copy of the foregoing has been furnished electronically via the CM/ECF Portal upon:

Trustee, Mary W Colon at trustee@marycolon.com ,
United States Trustee at USTPRegion21.TL.ECF@usdoj.gov

  /s/ Leighanne Boone
  Leighanne Boone, Esq.

1